UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMAN BURROUGHS,

                Plaintiff,

-against-

WESTCHESTER SUPREME COURT; NYC CRIMINAL COURT; HARLAN BELLEVUE METROPOLITAN HOSPITAL; MOUNT SINAI ST. LUKE ROOSEVELT HOSPITAL; CHASE BANK; KEENER SWARTZ ACCESS BOULAVARD SHELTER; NYC POLICE DEPT; U.S. POST OFFICE; WHITE HOUSE; and FBI,

                Defendants.

23 Civ. 5728 (PGG) (BCM)

ORDER

PAUL G. GARDEPHE, United States District Judge:

In an August 23, 2023 Order, this Court dismissed pro se Plaintiff's Complaint sua sponte. In the August 23, 2023 Order, this Court directed that "[i]f Plaintiff does not file an amended complaint within 30 days of the date of this order, the Court will direct the Clerk of Court to enter judgment." (Dkt. No. 9 at 8)

Plaintiff has not filed an Amended Complaint, and the docket reflects that a copy of the August 23, 2023 Order was mailed to Plaintiff but returned as undeliverable. It appears that Plaintiff has not maintained a current address with the Court.

Consistent with the August 23, 2023 Order, the Clerk of Court is directed to enter judgment for Defendants, and to close this case.

Dated: New York, New York
        October 18, 2023

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge