**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HERMAN BURROUGHS,

                Plaintiff,

  -against-                                      23 **CIVIL** 5728 (PGG)(BCM)

                                                            **<u>JUDGMENT</u>**

WESTCHESTER SUPREME COURT; NYC
CRIMINAL COURT; HARLAN BELLEVUE
METROPOLITAN HOSPITAL; MOUNT SINAI
ST. LUKE ROOSEVELT HOSPITAL; CHASE
BANK; KEENER SWARTZ ACCESS
BOULAVARD SHELTER; NYC POLICE DEPT;
U.S. POST OFFICE; WHITE HOUSE; and FBI,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 18, 2023, and the Court's Order dated August 23, 2023, this Court dismissed pro se Plaintiff's Complaint sua sponte. In the August 23, 2023 Order, this Court directed that "[i]f Plaintiff does not file an amended complaint within 30 days of the date of the order, the Court will direct the Clerk of Court to enter judgment." (Dkt. No. 9 at 8). Plaintiff has not filed an Amended Complaint, and the docket reflects that a copy of the August 23, 2023 Order was mailed to Plaintiff but returned as undeliverable. It appears that Plaintiff has not maintained a current address with the Court. The Court has dismissed all claims brought against the Federal Defendants (the USPS, the FBI, the President of the United States, and NASA) under the doctrine of sovereign immunity. The Court also dismissed all claims brought against the State Court Defendants (Westchester Supreme Court and New York City Criminal Court) under the Eleventh Amendment. The Court certifies under 28 U.S.C. § 1915(a)(3) that

any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
October 18, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:** *K. Mango*
_____
**Deputy Clerk**